# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1008
_____

Troy K. Scheffler

Plaintiff - Appellant

v.

Jack Molin, in his individual capacity acting under color of law as Building Inspector and employee of the City of Crystal, MN

Defendant - Appellee

City of Crystal, a political subdivision of the state of Minnesota

Defendant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-03279-JNE)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 25, 2014

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans