# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1008

Troy K. Scheffler

Appellant

v.

Jack Molin, in his individual capacity acting under color of law as Building Inspector and employee of the City of Crystal, MN

Appellee

City of Crystal, a political subdivision of the state of Minnesota

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-03279-JNE)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

April 10, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans