# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1008

Troy K. Scheffler

Appellant

v.

Jack Molin, in his individual capacity acting under color of law as Building Inspector and employee of the City of Crystal, MN

Appellee

City of Crystal, a political subdivision of the state of Minnesota

------------------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-cv-03279-JNE)

------------------------------------------------------------------------

**MANDATE**

In accordance with the opinion and judgment of 02/25/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 17, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit